**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRANDON WILLIS, individually and on behalf of others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>UNIVERSAL INTERMODAL SERVICES, INC.; UNIVERSAL LOGISTICS HOLDINGS, INC.; UNIVERSAL MANAGEMENT SERVICES, INC.; HR-1 LLC; and DATA SYSTEM SERVICES LLC,<br><br>　　　　Defendants. | Case No. 1:21-cv-01716<br><br>Judge Elaine E. Bucklo<br><br>Magistrate Judge Heather K. McShain |

**JOINT MOTION FOR EXTENSION**

Plaintiff BRANDON WILLIS ("Plaintiff" or "Willis") and Defendants UNIVERSAL INTERMODAL SERVICES, INC. ("Universal Intermodal"); UNIVERSAL LOGISTICS HOLDINGS, INC. ("ULH"); UNIVERSAL MANAGEMENT SERVICES, INC. ("UMS"); HR-1 LLC ("HR-1"); and DATA SYSTEM SERVICES LLC ("DSS"), (collectively, "Defendants", and with Plaintiff, the "Parties") respectfully move, under Rule 16(b)(4) of the Federal Rules of Civil Procedure, to extend the discovery for a period of two weeks for the limited purpose of producing any available local scan. In support of this motion, the Parties further state as follows:

*Background*

This is a putative class action alleging claims under the Illinois Biometric Information Privacy Act, 740 ILCS 14/5 *et seq* ("BIPA"). The case was initially brought against Universal Intermodal only and was stayed from August 6, 2021 [Dkt. 21], through January 13, 2023 [Dkt. 43]. Plaintiff filed a First Amended Class Action Complaint on August 29, 2023, that added ULH,

1

UMS, HR-1, and DSS as Defendants (collectively, the "New Defendants"). The New Defendants filed a Motion to Dismiss for Lack of Personal Jurisdiction [Dkt. 109] and all Defendants filed a Motion to Dismiss for Failure to State a Claim [Dkt. 111]. On December 6, 2024, the Court denied Defendants' Motions to Dismiss on [Dkt. 186].

The Court entered a new discovery schedule on December 20, 2024 [Dkt. 189]. Since the initial schedule, the Court has granted three requests to extend the schedule. [Dkt. 226, 251, and 281.] The close of fact discovery is currently set for April 6, 2026. [Dkt. 281.]

The Parties have substantially completed written discovery and are in the process of taking depositions.

*Local Database Discovery*

In July of 2023, Plaintiff timely requested production of scan data from local "Client PC's" running Morpho software and Morpho scanners used by Defendants or related entities in Illinois. Defendants have agreed to produce this information to the extent it is available and retrievable. Defendants are working with the vendor of Morpho equipment to confirm the availability of data and an appropriate method of production. In addition, Defendants anticipate a fuller explanation of the scope of available data will be facilitated through the deposition of Corey Hypes, a 30(b)(6) representative for Data System Services, LLC, which is scheduled for April 8, 2026.

*Proposed Limited Extension of Discovery*

In view of the foregoing, the Parties request a 15-day extension (until April 21, 2026) for Defendants to complete production of local scan data. The proposed extension will not affect any other deadlines in the case. Based on this request, the remainder of scheduled deadlines is as follows:

| Item | Due Date |
|---|---|
| Supplemental document production of local scan data | April 21, 2026 |
| Fact Witness Depositions Complete | May 8, 2026 |
| Plaintiff's Rule 26(a)(2) Disclosures: | June 5, 2026 |
| Defendants' Rule 26(a)(2) Disclosures: | July 10, 2026 |
| Expert Discovery Closes | August 7, 2026 |

WHEREFORE, Plaintiff and Defendants jointly request that the Court grant this motion and extend the discovery schedule as set forth herein.

Dated: April 6, 2026                                        Respectfully Submitted,

**Universal Intermodal Services, Inc.;**
**Universal Logistics Holdings, Inc.; HR-1**
**LLC; Universal Management Services, Inc.;**
**Data System Services LLC**                        **Brandon Willis**

By: */s/ Melissa Pesce*                              By: */s/ Paul J. Ripp*

Harry J. Secaras (ARDC No. 6201861)          Christopher J. Barber
Jennifer H. Kay (ARDC No. 6226867)          Paul J. Ripp
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.   Andrew C. Chamberlain
155 North Wacker Drive, Suite 4300          Williams Barber & Morel Ltd.
Chicago, Illinois 60606                          233 South Wacker Drive, Suite 6800
Telephone: 312.558.1220                          Chicago, IL 60606
Facsimile: 312.807.3619                          312 443-3200 (phone)
harry.secaras@ogletree.com                    312 630-8500 (fax)
jennifer.kay@ogletree.com                     cjb@williamsbarbermorel.com
                                                 pjr@williamsbarbermorel.com
Melissa M. Pesce (ARDC #6231145)            acc@williamsbarbermorel.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
7700 Bonhomme Ave., Suite 650                Michael Drew
St. Louis, Missouri 63105                        Neighborhood Legal, LLC
Telephone: 314.898-4079                          20 N. Clark St., Suite 3300
Facsimile: 314-802-3936                          Chicago, IL 60602
Melissa.Pesce@ogletree.com                    312 967-7220
                                                 mwd@neighborhood-legal.com
*Attorneys for Defendants*

                                                 *Attorneys for Plaintiff*

3